IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A.X. GREENE,

      Plaintiff,                      No. CIV S-05-1134 FCD GGH P

    vs.

D. MEIER, Associate Warden, et al.,

      Defendants.               ORDER

_____/

       On June 8, 2006, this court filed Findings and Recommendations, recommending the action be dismissed with prejudice for plaintiff's failure to file an amended complaint within thirty days of the court's March 8, 2006, Order, dismissing the original complaint and setting forth its deficiencies. Plaintiff has filed objections, which the court will construe as a request for an extension of time to file objections in the form of an amended complaint.

       Plaintiff alleges that he has been subject to "extraordinary circumstances," which precluded his receipt of the March 8, 2006, Order. The circumstances include plaintiff's having "hung himself," on March 7, 2006, after which he remained on suicide watch for an undisclosed period of time. Plaintiff provides no supporting documentation for the various claimed causes of his failure to comply with the March 8, 2006, Order, but nevertheless seeks an extension of time until September 12, 2006, to file his objections/amended complaint.

The court will not, at this time, vacate the Findings and Recommendations, and will not grant plaintiff the full (and excessive) extension of time he seeks.  However, the court will grant plaintiff an additional 45 days to file his objections to the June 8, 2006, Findings and Recommendations, which must include a proposed amended complaint.

Accordingly, IT IS ORDERED that:

1. Plaintiff's June 22, 2006 objections, construed as a request for an extension of time to file objections, including a proposed amended complaint, is partially granted;

2. Plaintiff is granted forty-five days from the date of this order in which to file objections to the June 8, 2006, Findings and Recommendations, which must include a proposed amended complaint; and

3. The court will not favor any further request for an extension of time.

DATED:  7/3/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
gree1134.36